IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYLAN PHARMACEUTICALS INC., MYLAN SPECIALTY L.P., and MYLAN INC.,<br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>SANOFI-AVENTIS U.S. LLC; SANOFI S.A.; AVENTIS PHARMA S.A., and SANOFI-AVENTIS PUERTO RICO INC.,<br>　　　　*Defendants*. | No. 2:23-cv-00836-MRH |

## **DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants Sanofi-Aventis U.S. LLC, Sanofi-Aventis Puerto Rico Inc., Sanofi S.A., and Aventis Pharma S.A.,[1] by and through undersigned counsel, hereby move to dismiss Plaintiffs' Complaint (ECF No. 1) for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). In addition, Sanofi S.A. hereby moves to dismiss Plaintiffs' Complaint for lack of personal jurisdiction pursuant to Rule 12(b)(2). The grounds are set forth in the accompanying memorandum of law. Defendants have conferred with Plaintiffs regarding deficiencies in the Complaint, and Plaintiffs oppose this motion.

WHEREFORE, Defendants respectfully request that the Court grant the motion and dismiss Plaintiffs' Complaint in its entirety with prejudice. A proposed order is attached.

---

[1] The Complaint incorrectly identifies this defendant as "Aventis Pharma S.A." In December 2020, the form and name of the company changed under French law from a société anonyme ("S.A.") to a société à responsabilité limitée ("S.A.R.L."). Similarly, the Complaint incorrectly uses the name "Sanofi S.A." While that entity is organized under French law as a société anonyme, the corporate designation "S.A." is not part of the entity's name. Nonetheless, for the avoidance of confusion, we refer to the two French defendants by the names used for them in the Complaint: Sanofi S.A. and Aventis Pharma S.A.

Dated: September 15, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ *Aaron Healey*
　　　　　　　　　　　　　　　　　　　　　Aaron Healey (Pa. 310803)
　　　　　　　　　　　　　　　　　　　　　**JONES DAY**
　　　　　　　　　　　　　　　　　　　　　250 Vesey Street
　　　　　　　　　　　　　　　　　　　　　New York, NY 10281
　　　　　　　　　　　　　　　　　　　　　Phone: (212) 326-3939
　　　　　　　　　　　　　　　　　　　　　Fax: (212) 755-7306
　　　　　　　　　　　　　　　　　　　　　ahealey@jonesday.com

　　　　　　　　　　　　　　　　　　　　　John M. Majoras (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Rosanna K. McCalips (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Robert N. Stander (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Brett J. Wierenga (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　　**JONES DAY**
　　　　　　　　　　　　　　　　　　　　　51 Louisiana Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001.2113
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 879-3939
　　　　　　　　　　　　　　　　　　　　　jmmajoras@jonesday.com
　　　　　　　　　　　　　　　　　　　　　rkmccalips@jonesday.com
　　　　　　　　　　　　　　　　　　　　　rstander@jonesday.com
　　　　　　　　　　　　　　　　　　　　　bwierenga@jonesday.com

　　　　　　　　　　　　　　　　　　　　　Jonathan J. McCreary (Pa. 326071)
　　　　　　　　　　　　　　　　　　　　　Katherine E. Eayre (Pa. 328825)
　　　　　　　　　　　　　　　　　　　　　**JONES DAY**
　　　　　　　　　　　　　　　　　　　　　500 Grant Street, Suite 4500
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　Telephone: (412) 391-3939
　　　　　　　　　　　　　　　　　　　　　Facsimile: (412) 394-7959
　　　　　　　　　　　　　　　　　　　　　jmccreary@jonesday.com
　　　　　　　　　　　　　　　　　　　　　keayre@jonesday.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Sanofi-Aventis*
　　　　　　　　　　　　　　　　　　　　　*U.S. LLC, Sanofi-Aventis Puerto Rico Inc.,*
　　　　　　　　　　　　　　　　　　　　　*Sanofi S.A., and Aventis Pharma S.A.*